Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CROTTY

08 CV 1201

CNAN GROUP S.P.A.,

                    Plaintiff,

        -against-

HASSAN ALI RICE EXPORT CO. d/b/a
IGEN SEA SHIPPING,

                    Defendant.

RULE 7.1 STATEMENT

Electronically Filed

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff CNAN Group S.p.a. hereby represents to this Honorable Court that said plaintiff is owned by the Government of Algeria (the People's Democratic Republic of Algeria) and there is no publicly-held corporation that owns 10% or more of its stock.

Dated:    New York, NY
          February 5, 2008

                              BURKE & PARSONS
                              Attorneys for Plaintiff
                              CNAN Group S.p.a.

                              By _Keith W. Heard_____
                                 Keith W. Heard (KH-8578)
                                 100 Park Avenue
                                 New York NY  10017-5533
                                 (212) 354-3800

Rule 7.1 statement.doc