Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2008

JUDGE CROTTY

---

CNAN GROUP S.P.A.,

      Plaintiff,

-against-

HASSAN ALI RICE EXPORT CO. d/b/a
IGEN SEA SHIPPING,

      Defendant.

08 CV 1201

ORDER APPOINTING
SPECIAL PROCESS SERVER
PURSUANT TO F.R.C.P.
RULE 4(c)

---

An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

 NOW, on reading and filing the affidavit of Keith W. Heard sworn to on February 5, 2008, and good cause having been shown, it is hereby

 **O R D E R E D** that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, the Defendant.

Dated:   New York NY
    February 11, 2008

              _____
                 U.S.D.J.

Order Appointing Special
Process Server       - 2 -