# Lennon, Murphy & Lennon, LLC

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 400
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

www.lenmur.com

mail@lenmur.com

June 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 0 2008

**Via Facsimile 212-805-6304**
Hon. Paul A. Crotty
United States District Judge, Room 735
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  **CNAN GROUP S.P.A. v. HASSAN ALI RICE EXPORT COMPANY d/b/a IGEN SEA SHIPPING**
Docket Number: No. 08 CV 1201 (PAC)
Our Reference Number: 1385-08

*[handwritten: 6/10/2008 There is no need for a pre motion conference. Mr. Oraller will contact the parties to schedule a mutually convenient time for defendants E(4)(f) application so ordered. Paul Crotty]*

Dear Judge Crotty:

We are counsel to defendant Hassan Ali Rice Export Company ("HAREC"). In accordance with Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims, HAREC makes a restricted appearance seeking to vacate the attachment of its funds under Supplemental Admiralty Rule E(4)(f).

On or about February 5, 2008, Plaintiff, CNAN Group S.P.A. ("CNAN") filed a Verified Complaint in this Court against Defendant "HASSAN ALI RICE EXPORT CO. d/b/a IGEN SEA SHIPPING". CNAN's Verified Complaint contained a prayer for issuance of an Ex Parte Order for Process of Maritime Attachment and Garnishment. CNAN's Verified Complaint set forth erroneous and misleading allegations claiming that HAREC and Igen Sea are related companies. Based upon these erroneous allegations, this Court issued an Ex Parte Order dated February 11, 2008, authorizing the attachment of HAREC's property in this district in an amount up to $443,032.79, inclusive of costs and interest.

As a result of CNAN's service of the Ex Parte Order and Process of Maritime Attachment and Garnishment, $443,032.79 of HAREC's property has been improperly restrained in the District.

HAREC now seeks to vacate the attachment of its funds pursuant to Admiralty Rule E(4)(f) by filing and serving a Notice of Motion and memoranda on CNAN. HAREC respectfully requests that your Honor waive the requirement of a pre-motion conference as the parties have not yet resolved this matter and such a conference will only serve to further delay resolution of this matter.

We thank Your Honor for your consideration of this request. Should Your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

*MEMO ENDORSED*

Respectfully submitted,

Anne C. LeVasseur
Anne C. LeVasseur

cc:    *Via Facsimile 212-221-1432*
       Burke & Parsons
       Attorneys for Plaintiff
       CNAN Group S.P.A.
       100 Park Avenue
       New York, NY 10017
       Keith W. Heard, Esq.
       Michael J. Walsh, Esq.

2