LENNON, MURPHY & LENNON LLC
Attorneys for Defendant
HASSAN ALI RICE EXPORT CO.
Anne C. LeVasseur (AL3333)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CNAN GROUP S.P.A.,                              :    08 CV 1201 (PAC)
                                                :
                        Plaintiff,              :    ECF case
                                                :
        - against -                             :
                                                :    **RESTRICTED APPEARANCE**
                                                :
HASSAN ALI RICE EXPORT CO. d/b/a                :
IGEN SEA SHIPPING                               :
                                                :
                        Defendant.              :
-----------------------------------------------------------X

    HASSAN ALI RICE EXPORT CO. by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action.

    HASSAN ALI RICE EXPORT CO. expressly reserves all of its rights and defenses herein, including, but not limited to, the right to fully appear herein to challenge the propriety of the issuance of Plaintiff's Process of Maritime Attachment and Garnishment, including the right to seek vacatuer of the same.

    HASSAN ALI RICE EXPORT CO., hereby demands that Plaintiff serve a list of all New York garnishees upon which the Process of Maritime Attachment and Garnishment has been served, on its undersigned counsel.

Dated: June 20, 2008
       New York, NY

                LENNON, MURPHY & LENNON, LLC
                Attorneys for Defendant
                HASSAN ALI RICE EXPORT CO.

By:                /s/
                Kevin J. Lennon (KL5072)

                The GrayBar Building
                420 Lexington Avenue, Suite 300
                New York, NY 10170
                (212) 490-6050 - phone
                (212) 490-6070 - facsimile
                kjl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                               _____/s/_____
                                               Kevin J. Lennon