LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
HASSAN ALI RICE EXPORT CO.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:    (212) 490-6050
Facsimile:    (212) 490-6070
Kevin J. Lennon (KL5072)
Anne C. LeVasseur (AL3333)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CNAN GROUP S.P.A.,                             :        08 CV 1201 (PAC)
                                               :
                    Plaintiff,                 :        ECF case
                                               :
         - against -                           :
                                               :
HASSAN ALI RICE EXPORT CO. d/b/a               :
IGEN SEA SHIPPING                              :
                                               :
                    Defendant.                 :
-------------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION TO VACATE
## PLAINTIFF'S RULE B  MARITIME ATTACHMENT

Upon the annexed Declaration of Abdullah Hashwani and accompanying Memorandum

of Law and exhibits attached thereto, and pleadings heretofore had herein, Defendant Hassan Ali

Rice Export Co. will move this Court before the Honorable Paul A. Crotty, United States

Courthouse, 500 Pearl Street, Courtroom 20-C, New York, New York on Thursday, July 17,

2008 at 2:45 PM, for an order pursuant to Supplemental Rule E(4)  of the Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating the Ex Parte

Attachment Order dated February 11, 2008, and for such other and further relief as this Court

deems just and equitable.

Plaintiff's answering declarations and memoranda are required to be served and filed on or before Wednesday, July 9, 2008, and Defendant's reply papers are required to be served and filed on or before Monday, July 14, 2008.

Dated: June 20, 2008
       New York, NY

                          Respectfully submitted,

                          The Defendant,
                          HASSAN ALI RICE EXPORT CO.

                          By:_____
                              Kevin J. Lennon (KL5072)
                              Anne C. LeVasseur (AL3333)
                              LENNON MURPHY & LENNON, LLC
                              The GrayBar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              (212) 490-6050 (phone)
                              (212) 490-6070 (fax)
                              kjl@lenmur.com
                              acl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
       Anne C. LeVasseur