Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CNAN GROUP S.P.A.,<br><br>       **Plaintiff,**<br><br>-against-<br><br>HASSAN ALI RICE EXPORT CO. d/b/a IGEN SEA SHIPPING,<br><br>       **Defendant.** | DECLARATION OF<br><br>VIVEK JAIN IN OPPOSITION TO MOTION TO VACATE ATTACHMENT<br><br>**Electronically Filed**<br><br>08 CV 1201 (PAC) |

UNITED KINGDOM OF GREAT BRITAIN AND N.I. )

CITY OF LONDON                                  )

  VIVEK JAIN, pursuant to the provisions of 28 U.S.C. § 1746, declares and states as follows:

1. I am Vivek Jain, working as a Solicitor and Advocate, at a law firm, Thomas Cooper, Ibex House, 42-47 Minories, London EC3N 1HA, England.  The matters set out below are within my own knowledge, except where I indicate to the contrary.

2. In the third week of December 2007, I was asked by another Solicitor employed by Thomas Cooper, Mr. Thomas Moisley, to use my linguistic

skills in Urdu, a spoken language similar to my native language of Hindi, to assist him in a case involving a ship called *AIN OUSSERA*.

3. Mr. Moisley explained that Thomas Cooper acted for the owner of the *AIN OUSSERA*, CNAN Group Spa, in relation to disputes that had arisen following the fixing of the *AIN OUSSERA* for a voyage from Karachi, Pakistan to West Africa for the account of the named voyage charterer, Igen Sea Shipping. The charterer had failed to pay demurrage and other sums due and investigations by Mr. Moisley had revealed that Igen Sea Shipping appeared to have no separate legal existence and that payment of its obligations under the voyage charter relating to freight and port disbursements had been made by Hassan Ali Rice Export Co ('HAREC'). However, one Mr. Aziz Ashiq Ali has deposed in an affidavit dated 11 May 2006 that he is the sole proprietor of Igen Sea Shipping and that there is no connection between that company and HAREC, except that, according to Mr. Ali, Igen Sea Shipping "have acted as a charterer of vessels".

4. I called the office of HAREC in Karachi at 1115 hrs [GMT] on 27th December 2007 at the telephone number + 922-1-241- 2946. I shared greetings with the male receptionist in Urdu. Thereafter, I told the receptionist that I would like to speak with Mr. Aziz Ashiq Ali. The receptionist said in reply that he was not available in the office at that moment. The receptionist exhibited no surprise or puzzlement when I asked to speak with Mr. Aziz Ashiq Ali. To the contrary, the receptionist spoke as if he was used to receiving calls for Mr. Aziz Ashiq Ali.

5. Thereafter, I asked the receptionist for Mr. Aziz Ashiq Ali's mobile telephone number. The receptionist then inquired about the matter in relation to which I was seeking Mr. Ali's mobile number. I replied that it was in relation to a matter pertaining to a shipment of rice.

6. The receptionist suggested to me that I should speak instead to an export manager, Mr. Aziz Azim Ali, as he would be in a position to assist me in such matters.

7. In order to confirm what the receptionist had just said to me, I asked that the call be transferred so I could speak with the export manager, Mr. Aziz Azim Ali. I shared greetings with the export manager and he asked me very politely the reason for my call. I requested to speak to Mr. Aziz Ashiq Ali. He replied that he had gone to the bank and therefore he was not in the office at that moment. At that stage, we shared final greetings and I told him that I would call his office again in order to speak to Mr. Ali. The call, therefore, ended at 1120 hrs [GMT].

8. I telephoned HAREC, in Mr. Moisley's presence again, on 10th January 2008 at 1005 hrs [GMT] on the telephone number + 922-1-241-2946. I again shared greetings with the receptionist in Urdu and I explained to the receptionist that I would like to speak with Mr. Aziz Ashiq Ali. My call was then transferred to an internal number within HAREC and thereafter I again asked to speak with Mr. Aziz Ashiq Ali. I received a reply that he was not in at that time. I asked the gentleman politely whether there was any other way I could speak with Mr. Aziz Ashiq Ali. I was told that Mr. Aziz Ashiq Ali's mobile telephone number was 0300-254-1619 and I could try calling him on that number. However, I did not do so at that time, preferring instead to discuss the situation with Mr. Moisley.

9. I telephoned HAREC's office on 15th January 2008 at 1032 hrs [GMT] on the telephone number + 922-1-241-2946 in Mr. Moisley's presence. I shared greetings with the male receptionist in Urdu and again I asked for Mr. Aziz Ashiq Ali. The receptionist replied that there are a few Mr. Aziz Ali's in their office, asked with whom did I wish to speak in particular and requested me to divulge my details.

10. I politely requested to speak to Mr. Aziz Ashiq Ali and was told that he was not in the office. I was then told that Mr. Aziz Ashiq Ali works in their marketing department and thereafter I requested Mr. Ali's mobile number. The receptionist provided me with the mobile number of Mr. Aziz Ashiq Ali, which was 0300-254-1619.

11. Mr. Moisley and I decided that it was prudent to check whether the mobile telephone number provided on that occasion was the same as the one which was provided on 10th January 2008. We confirmed that it was the same mobile number and therefore Mr. Moisley asked me to call Mr. Aziz Ashiq Ali on his mobile.

12. After some difficulty, the call went through on the number 0300-254-1619 at 1039 hrs on 15th January 2008.

13. I shared greetings with Mr. Ali in Urdu and asked if I was indeed speaking with Mr. Aziz Ashiq Ali. He confirmed that he was indeed Mr. Aziz Ashiq Ali. I politely asked whether he was working for HAREC. Mr. Aziz Ashiq Ali clearly and quickly confirmed that he was indeed working for HAREC.

14. I told him that my call was in relation to a matter associated with a shipment of rice, and then he said that he was in the department which dealt with "*stones*" in HAREC and he ended the call. I was slightly puzzled by his reference to '*stones*' but Mr. Aziz Ashiq Ali did indeed confirm that he worked for HAREC, when making that comment. My impression at the time was that, when I mentioned the rice shipment, Mr. Aziz Ashiq Ali wanted to end the conversation.

15. On 1st July 2008 Mr Moisley explained to me that he wanted to try to contact Ocean World (Pvt.) Ltd. and Igen Sea Shipping. We discussed

the questions to be asked during the telephone call and then I telephoned both of them.

16. I contacted the office of Ocean World (Pvt.) Ltd on telephone number +92-21-587-3148 at 11.45 hrs BST on the same day. ("BST" simply means "British Summer Time.") Mr. Moisley was present during those telephone calls. I shared greetings with the receptionist in Urdu and I then asked the receptionist about Igen Sea Shipping. The receptionist transferred the call to another person within the organisation. This person asked me the reasons as to why I was seeking to contact Igen Sea Shipping. I told him that I needed to contact Igen Sea Shipping in relation to a pending matter involving a shipment of rice.

17. The gentleman at Ocean World (Pvt.) Ltd. provided me with the telephone number of Igen Sea Shipping and the telephone number was 241-2871.

18. Thereafter, at 11.48 I called the telephone number provided by Ocean World (Pvt.) Ltd. I shared greetings with a male voice on the telephone number +92-21- 241-2871. I told this man that I wished to speak to someone in relation to Igen Sea Shipping. He exhibited no verbal reaction or surprise when I requested to speak to him in relation to Igen Sea Shipping. The gentleman asked me to state the reason why I was seeking to speak to Igen Sea Shipping. I told him that I wished to speak to some one from Igen Sea Shipping and in particular Mr. Aziz Ashiq Ali in relation to a matter pertaining to a shipment of rice.

19. I noticed that there was a sudden change in the gentleman's tone and he replied back that the telephone number on which I was speaking was in fact a residential telephone number of Mr. Ahmed Ali. I put to him as to why a few moments previously he kept on asking me questions and was

willing to discuss about Igen Sea Shipping and also why suddenly was now asserting that he was speaking from a residential telephone number. At this point, I noticed that he was provoked and I noticed a sudden change in tone. I ended the telephone call after saying politely 'good-bye' in Urdu.

20. I later performed a web search to investigate about the telephone number +92-21- 241-2871 and whether it was indeed a residential telephone number in Karachi. On doing a Google search as '2412871 and Karachi', I found a link on the web to a Pakistani Consulate, which had mentioned this telephone number in a directory in front of "Hassan Ali Rice Export Company" under the heading of "Rice Exporters from Pakistan". The print out from the website link, [www.pakistanembassy.org.yu/important.php] is attached to this witness statement as Exhibit 1. I also searched Jamal's Yellow Pages [www.jamals.com], an on-line business telephone directory for Pakistan, and again found the number +92-21-241-2871 listed as a number for HAREC; see Exhibit 2.

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and has been executed on this, the 9th day of July, 2008.

_____
VIVEK JAIN

*V. JAIN DECL'N 9 JULY 08 EXHIBIT 1*



Office Hours: Monday – Friday
Summers: 9:00 am – 5:00 pm
Winters: 9:00 am – 4:00 pm
Visa Hours: 9:30 am – 12:00 noon

HOMEPAGE | INTRODUCTION | NEWS & EVENTS | BASIC FACTS AND INFORMATION | IMPORTANT LINKS FOR BUSINESS

TOURISM | CONSULAR SERVICES VISAS & PASSPORTS | BAGGAGE RULES & GIFT SCHEMES | DOWNLOAD FORMS

## Important Links for Business and Tourism:

| URL | Organization |
|---|---|
| http://www.karachichamber.com/ | Karachi Chamber of Commerce and Industry |
| http://lcci.com.pk/ | Lahore Chamber of Commerce and Industry |
| http://www.icci.com.pk/chambpak.html | Islamabad Chamber of Commerce and Industry |
| http://www.scci.org.pk/ | Sarhad Chamber of Commerce and Industry |
| www.gcci.org.pk | The Gujranwala Chamber Of Commerce And Industry |
| www.scci.com.pk | Sialkot Chamber Of Commerce & Industry |
| http://www.tdap.gov.pk http://www.epb.gov.pk/epb/index.jsp | Pakistan Trade Development Authority |
| http://www.fpcci.com.pk/ | The Federation Of Pakistan Chambers Of Commerce And Industry |
| http://www.aptma.org.pk/ aptma@cyber.net.pk | All Pakistan Textile Mills Association (APTMA) |
| http://www.pakboi.gov.pk/ | Board Of Investment, Government Of Pakistan |
| http://www.tourism.gov.pk/ | Pakistan Tourism Development Corporation |
| http://www.pakistantanners.org/ | Pakistan Tanners Association - |
| www.pasfgea.org | Pakistan Art Silk Fabrics & Garments Exporters Association |
| pcmeaho@gerrys.net | Pakistan Carpet Manufacturers & Exporters Association |
| http://www.pakmedinet.com/journal.php?id=JPMA | Medical Equipment |

**Contacts of few Cotton Fabrics, Yarn, Garment, Bed Linen Exporters of Pakistan:**

| Company: | Address: |
|---|---|
| Gul Ahmed Textile Mills Ltd. | Sattar Chambers, 29 West Wharf Road, Karachi. Tel: 021-5082626-30, Fax: 021-5282625. Email: sikandar |
| Yunus Textile Mills | 1-A, Latif Cloth Market M.A. Jinnah Road, Karachi. Tel: 021-5081305, Fax: 021-508226. Email: m_ali@younusbrs.com |
| Chenab Ltd (Chenab Fabric & Processing Mills Ltd.) | Nishatabad Pvt. Ltd. Change to Ltd. Faisalabad. Tel: 041-754472, Fax: 041-752400. Email: Chenab@fsd.comsats.net.pk |
| Al-Karam Texitle Mills Pvt. Ltd. | 3rd Floor, Karachi Dock Labor Board Building.58, West Wharf Road.Karachi. Tel:021-2313031-34 Fax: 021-2310625, Email:headoffice@alkaram.com |
| Nishat Mills Ltd. | 7, Main Gulberg, Lahore. Tel: 021-2414721, Fax: 021-2412936, Email: nishat@fsd.cosmats.net.pk |
| Mohammad Farooq Textile Mills Ltd. | 1st Floor, Finlay House, I.I.Chundrigar Road, Karachi. Tel: 021—2412941, Fax: 021-2412941-5, Email: mftml@cyber.net.pk |
| Kohinoor Textile Mills Ltd. | 42, Lawrence Road, Lahore. Tel: 042-6388835, Fax; 042-638721, Email: edp@ktml.fdnpk.org |

| | |
|---|---|
| Siddiqsons Denim Mills (Pvt) Ltd. | D-13, Textile Avenue, SITE, Karachi.<br>Tel: 021-2577580, Fax: 021-2564613,<br>Email: ayman@cyber.net.pk |
| The Cresent Textile Mills Ltd. | 8th Floor, SIDCO Avenue Center, 264, R.A. Lines, Stretchen Road, Karachi.<br>Tel: 021-111-105, Fax: 021-111-103-4<br>Email: crestex@ctm.com.pk |
| Lucky Textile Mills | 1-8, Block-2, F.B.Area, Karachi.<br>Tel: 021-6328957, Fax: 021-2414597 |
| Adamjee Enterprises | 601-602, Wondsong Place, A-16, KCHS, Union Block,7/8, Karachi.<br>Tel: 021-2568536-9, Fax: 021-2562512,<br>Email: adamjee@adamjee.com |
| Din Textile Mills Ltd. | 25-A-1, Lalazar Area Opp. Beach Luxury Hotel, Karachi.<br>Tel: 021-5610001, Fax: 021-5610009 |
| Lahore Textile & General Mills Ltd. | Monnoo House, 3 Montgomery Road, Lahore,<br>Tel: 042-636172 |
| Nishat (Chunian) Ltd. | Nishat House, 53-A, Lawrence Road, Lahore.<br>Tel: 042-5761730, Fax: 042-5711340,<br>Email: cost@netex.com |
| Naveena Exports Pvt. Ltd. | B-21, Block-7/8, Banglor Town Shahrah-E-Faisal, Karachi,<br>Tel: 021-5063001-5, Fax: 021-5063005,<br>Email: shahid@ho.naveenknit.com |
| Eastern Garments Pvt. Ltd. | B-58, SITE Karachi,<br>Tel: 021-111704704, Fax:021-2561452,<br>Email: eastern@eastern-garments.com |
| Ammar Textiles Pvt.Ltd. | 18 K.M. Multan Road, Lahore.<br>Tel: 042-4406655, Fax: 042-7510308,<br>Email: marketing@ammartextile.com |

Contacts of few Carpet & Rugs Exporters of Pakistan:

| | |
|---|---|
| Hana Carpet | Embassy Villa No.1, Ch. Khaliq-Uz-Zaman Road, Clifton Bl. 8, Karachi,<br>Tel:021-5873124, Fax: 021-5872827,<br>Email: hana@cyber.net.pk |
| Metro Agencies/Junaid Company | 1st Floor, Al Falah Chamber, Abdullah Haroon Road, Karachi.<br>Tel: 021-2727092, Fax:021-2727676,<br>Email: joonaid@anglefire.com |
| Saima Carpet Co. | Soleja House, 27/2 B.Y. J. Road, Karachi.<br>Tel: 021: 4120676, Fax: 021-4123783,<br>Email: oriental@mailcity.com |
| Wasim & Shiraz Enterprises Pvt. Ltd. | Zurain Heights 1-A, 1st Floor-685/686, C2, Allama Iqbal Road,P.E.C.H.S, Karachi.<br>Tel: 021: 4537017, Fax: 021-4545313,<br>Email:fcarpet@cyber.net |
| Iran & Bukhara Palace | Inverarity Road, Saddar, Karachi.<br>Tel: 021-5837601, Fax: 021-5870439,<br>Email: ibplace@cyber.net.pk |

Contacts of few Chemicals Exporters of Pakistan:

| | |
|---|---|
| Pakistan PTA Limited | Plot No. EZ/1/P-4, Eastern ZonePort Qasim, Karachi.<br>Tel: 021-4750264-69, Fax:021-4750279,<br>Email: pta_helpdesk@ici.com |
| Al-Abbas Sugar Mills Limited | 4th Floor, PNSC Building,M.T Road, Karachi.<br>Tel: 021-2470220, Fax:021-2470090,<br>Email: sugar@cyber.net.pk |
| Habib sugar Mills Limited | 3rd Floor, Imperial Court, Dr. Ziauddin Ahmed Road, Karachi.<br>Tel: 021-5680036, Fax: 021-5684086,<br>Email: sugar@habib.com |

| | |
|---|---|
| Noor Sugar Mills Limited | 1st Floor, Al-FalahBuilding, Shahrah-Quaid-Azam, Lahore.<br>Tel:042-5715693, Fax: 042-5715698,<br>Email: nsugar@brain.net.pk |
| Sitra Chemical Industries Limited | 601-602, Business Center, Mumtaz Hasan Raod, Karachi,<br>Tel:021-2413944, Fax: 021-2415452,<br>Email: seil@sitar.com.pk |
| Ittehad Chemicals Limited | G. T. Road Kala Shah kaku Distt. Sheikhupura.<br>Tel:042-630-6586, Fax: 042-536597,<br>Email: gmk.ce@ittehadchemicals.com |

Contacts of few Fish Exporters of Pakistan:

| | |
|---|---|
| Kanpa International Sales | Plot No. D-3 & 4, Fish Harbour, West Wharf Raod, Karachi.<br>Tel: 021-2310044, 021-2312290-92, 2202880-3,<br>Fax: 021-2312879, Ext. 121.<br>Email: kanpa@cyber.net.pk |
| Son of the Sea | C-1, C-2, Fish Harbour, West Wharf Raod, Karachi.<br>Tel: 021-2200291, 021-2316994<br>Fax: 021-2200291, 021-2316994,<br>Fax: 021: 2202486,<br>Email: seafood_98@hotmail.com |
| Modern Enterprises | 151, Sector-23, Korangi Industrial Area, Karachi.<br>Tel: 021-5051531, Fax: 021-5067265 |
| Super Star Enterprises | C-1, C-2, Fish Harbour, West Wharf, Karachi.<br>Tel: 021-2200294-5, Fax: 021-2200292,<br>Email: superstar@cyber.net.pk |

Contacts of few Fruits Exporters of Pakistan:

| | |
|---|---|
| Iftekhar Ahmed & Co. | 7-New Sabzi Mandi, Super Highway, Karachi.<br>Tel: 021-6380092-3, 021-6380234,<br>Fax: 0216380121 |
| Mohammed Ashfaq Mohammed Afzal | 2072-A, P. I. B. Colony, Karachi.<br>Tel: 021-6380056,<br>Fax: 021-6380483 |
| Roshan Enterprises | B-51, Rizwan Society, Main University Road, Karachi.<br>Tel: 021-8145919, 021-8145717,<br>Fax: 021-8145818 |
| Shazco Traders/ABS Traders | B-1 and 2, Rufi Greenland, Section 13-A, Scheme No. 33,Gulzar-E-Hijri, Karachi.<br>Tel: 021-4652505-7,<br>Fax: 021-4652508 |
| Union Fruit Exporters (Pvt) Ltd. | 54-G, Gujar Chowk, Manzoor Colony, Karachi.<br>Tel: 021-5891509, 021-5891067,<br>Fax: 021-5887526 |

Contacts of few Furniture Exporters of Pakistan:

| | |
|---|---|
| M/S Royal Leather Industries | 26-B, Sundardas Road, Zaman Park, Lahore,<br>Tel: 042-6363143, Fax: 042-6303140,<br>Email: royal@brain.net.pk |
| M/S Reem Rice Mills Pvt. Ltd. | 50-A, FCC Gulberg IV, Lahore.<br>Tel: 042-5760101, Fax: 042-5760104,<br>Email: reem@brain.net.pk |
| M/S Yousuf Weaving Mills Pvt. Ltd. | 7/1, E-3, Main Gulberg –III, Lahore,<br>Tel: 042-5764042, Fax: 042-5764063 |
| M/S Younus Textile Mills | 1-A, Latif Cloth Market, M.A. Jinnah Road, Karachi.<br>Tel: 021-2437667, Fax: 021-2414597,<br>Email: yunbrs@fascom.com |
| M/S Prosperity Weaving Mills | 91-B-1, M.M. Alam Road, Gulberb III, Lahore.<br>Tel: 042-5756270 Fax: 042: 5753820, |

|  | Email: ellcot@brian.net.pk |

### Contacts of few IT Companies:

| Netsol Technologies (Pvt) Ltd. | 1st Floor, G-35, LCCHS, Lahore Cantt, Lahore, Tel: 92-42-5726739, 5727096, Fax: 92-42-5726740, Email: netsol@brain.net.pk |
|---|---|
| Avanza Solutions (Pvt) Ltd. | St-2, Sector X/VII, Gulshan-E-Maymar, KDA Scheme No. 45, Karachi. Tel: 021-6351705-6, 6350731-5, Fax: 021-6350704, Email: bryjpak@bryjtech.com |
| Jin Technologies | Mezzanine Floor, Fazal Plaza, 50, Blue Area, Isamabad. Tel: 92-51-274418, 274419, Fax: 92-51-274095, Email: info@intech.com.pk |
| Progressive Systems (Pvt) Ltd. | 39-C, Block-6, P.E.C.H.S, OFF Shahrah-E-Faisal, Karachi. Tel: 92-21-4545042 |
| Kalsoft (Pvt) Ltd. | 15-, Mezzanine Floor, Rahat Lane 3, Commercial Area, Phase VI, DHA, Karachi. Tel: 21-5855010, Fax: 21-2411183, Email: info@kalsoft.com.pk |

### Contacts of few Marble and Granite Exporters of Pakistan:

| M/S Habibulah Sons (Pvt) Ltd. | F-232, SITE, Manghoo Pir Road, Karachi. Tel: 021-2564490-93, Fax: 021-2564464, Email: info@habibullahsons.com |
|---|---|
| Onyx Art Marble | Anum Trade Center, 15-C, Sunset Bilovers Lane, Near Post Office, DHA, Karachi. Fax: 021-5804630, 5370425, Email: onyxart@super.net.pk |
| Amish Marble Industries | Industrial Area, 1-9, Islamabad. Tel: 051-4448203, Fax: 051-4447008, Email: skgroup@hotmail.com |
| Globe Industries/Premier Marble Granite Industries | 401-Marine Faisal, 10-A Block 6, PECSH, Karachi, Main Shahrah-E-Faisal, Karachi. Tel: 021-4548709/6987951, Fax: 021: 4548649/6987853, Email: globeind@cyber.net.pk |
| Shabbir Marble | A-52, Williat Abad Manghupir Road, Karachi. Tel: 021-5386600/5889354, Fax: 021-5804630, Email: onyxart@super.net.pk |

### Contacts of few Pharmaceutical Companies of Pakistan:

| Multinational Business Link | B-608-610, Saima Trade Tower, I.I.Chundrigar Road, Karachi. Tel: 021-111-625625, Fax: 0212210765, Email: mbl@cyber.net.pk |
|---|---|
| Wyeth Pakistan Limited | S 33 Hawksbay Road, SITE Karachi, Tel: 021-2567411, Fax: 021-2564428 |
| Star Laboratories Pvt Ltd | 23-KM, Multan Road, Lahore, Tel: 042-7510690, Fax: 042-7510163 |
| Efroze Chemical Industries Pvt. Ltd. | 12-B, C Block 6, PECHS, Karachi. Tel: 021-5424077, Fax: 021-4545266, Email: efroze@efroze.com |
| Abbot Laboratories (Pakistan) Ltd. | Opp. Radio Pakistan Transmission Hyberabad Road, Landhi, Karachi. Tel: 021-5015045, Fax: 021-5013245 |
| Royal Group | ONB-E/2, Meher Sons Estate, Talpur Road, Karachi, |

| | Tel: 021-2400270, Fax: 021-2564428 |
|---|---|
| Bristol Myers Squibb Pakistan (Pvt) Ltd. | Plot No. 5, Sector 21, Korangi Industrial Area, Tel: 021-5015007, Fax: 021: 5013291 |

### Contacts of few Rice Exporters of Pakistan:

| | |
|---|---|
| Hassan Ali Rice Export Company | 1st Floor Cotton Exchange Company Building, I.I. Chundrigar Road, Karachi. Tel: 021-2412946-9, 2412871, 2412884, Fax: 021-2416725, 2411871, Email: haccpt@fascom.com |
| Hassan Corporation | Ghalla Mandi Jalalpur Bhattian Distt, Hafizabad, Tel: 04363-400440, 400340, Fax: 04363-400740 Email: hasancorp@hotmail.com |
| Iqbal Rice Mills | Faisalabad Road, Chiniot, Tel: 0466-331534, Fax: 046-334534, Email: 687irmfsd@paknet.com.pk |
| Garibsons Pvt. Ltd. | B-22A, S.I.T.E, Karachi. Tel: 0212564443, 2560338, Fax: 021-2563794, 2560907, Email: contact@garibsons.com |
| White Pearls Rice Mills Ltd. | Ghala Mandi, Jalalpur Bhattian, District Hafizabad. Tel: 04363-400022, 400033-44, 021-2350022-33, Fax: 04363-400055, Email: wprml@comsats.net.pk , wprml@gjr.wol.net.pk |

### Contacts of few Sports Goods Exporters of Pakistan:

| | |
|---|---|
| M/S Saga Sport Pvt. Ltd. | Daskaa Road Sialkot. Tel: 0432-554981-85, Fax: 0432-551553-55, Email: info@sagasport.com |
| M/S Talon Sport Daska | Addha Raod, Sialkot. Tel: 0432-526633-52664, Fax: 04232-526833-526844, Email: info@talonsport.com |
| Forward Sports Pvt. Ltd. | P.O. Box 1704, Wazirabad Road Sialkot, Tel: 0432-260896-7, Fax: 0432-260511-12, Email: masood@forward.com.pk |
| M/S Mahar Impex | P.O. Box 2128 Dawk Wala Stop, Daska Raod, Sialkot. Tel: 0432-557930-55887-557885, Fax: 0432-553386-55788, Email: inf@marhgroup.com |

### Contacts of few Surgical Goods Exporters of Pakistan:

| | |
|---|---|
| M/S Tinopal Pvt. Ltd. | P. O. Box 518, S.I.T.E, Sialkot. Tel: 0432-263884-36, Fax: 0432-255454, Email: tinopal@brain.net.pk |
| M/S QSA Surgical (Pvt) Ltd. | P.O. Box: 1094, Daska Road, Sialkot. Tel: 0432-526387-526487, Fax: 0432-526386, Email: info@qsa-surgical.com |
| M/S Medical Devices (Pvt) Ltd. | Wazirabad Road, Sialkot. Tel: 0432-510409-510740, Fax: 0432-510138-510915, Email: info@medvices.com |
| M/S Towne Brothers | P.O. Box 108, 52-B, S.I.E, Sialkot. Tel: 0432-553231, Fax: 0432-553217, Email: sales@towne.pk.com |
| Dr. Friqz Surgical (Pvt) Ltd. | Gohadpur Kulluwal Road, Sialkot. Tel: 0432-262701-262705, Fax: 0432-262704-263315, Email:frigz@skt.comsats.net.pk |

### Contacts of few Towel Exporters of Pakistan:

| | |
|---|---|
| Nakshbandi Industries Ltd. | 177-A, Sindhi Muslim Co. Op. Housing Society, |

# Jamal's YELLOW PAGES OF PAKISTAN

### Silver Jubilee Edition (Published regularly on annual basis since 1984)

HOME   SEARCH   PRODUCTS

**Premier Product Section**
A great opportunity to market your products Globally

Total 328 Record(s) found for **rice exporters**
Displaying 131 To 140

Page(s): 14

### HASSAN ALI & SONS

Address : N.P. 12/91, Allahdina Street, Jodia Bazar
City : Karachi
Phone # : (92 21) 2521056, 2524960
Fax : (92 21) 2524960
E-mail : click here for more details on emails

[+] Click Here For Business Classifications:

### HASSAN ALI RICE EXPORT CO.

Address : 102-105, Cotton Exchange Bldg., I.I. Chundrigar Road
City : Karachi
Phone # : (92 21) 2412871, 2412884
Fax : (92 21) 2416725
E-mail : click here for more details on emails

[+] Click Here For Business Classifications:

### HASSANALI & SON

Address : N.P.12/94, Allahdina Street, Jodia Bazar
City : Karachi
Phone # : (92 21) 2521056, 2524960
Fax : (92 21) 2418228

[+] Click Here For Business Classifications:

### HAYAT TRADING AND INDUSTRIAL INT'L ENTERPRISES (PVT) LTD.

Address : 33/4, Sector 15, Korangi Industrial Area
City : Karachi
Phone # : (92 21) 5063326, 5063327
Fax : (92 21) 5066008
E-mail : click here for more details on emails
Web : click here for more details on web

[+] Click Here For Business Classifications:

### HIRA TRADERS

Address : SH-3, Fair Plaza, Garden West
City : Karachi
Phone # : (92 21) 2233892, 2233883
Fax : (92 21) 2257395

[+] Click Here For Business Classifications:

**HUSSAIN TRADERS**

Address : MR 6/20,Ram Chand Pudman Bldg.,Akhund Abdul Rehman Street,Jodia Bazar
City : Karachi
Phone # : (92 21) 2441642, 2441814
Fax : (92 21) 2433576
E-mail : click here for more details on emails

± Click Here For Business Classifications:

**I.G. & SONS**

Address : 738,Daryalal Street,Jodia Bazar
City : Karachi
Phone # : (92 21) 2532450, 2532449
Fax : (92 21) 2510692
E-mail : click here for more details on emails
Web : click here for more details on web

± Click Here For Business Classifications:

**IBRAHIM AGENCIES**

Address : 384,C.P.Berar Society,Block-7/8
City : Karachi
Phone # : (92 21) 4932193
Fax : (92 21) 4923903

± Click Here For Business Classifications:

**IDREES CORPORATION**

Address : 1st Floor,Saya Building,Mohammad Feroze St.Jodia Bazar
City : Karachi
Phone # : (92 21) 2442655, 2430874
Fax : (92 21) 2415747
E-mail : click here for more details on emails

± Click Here For Business Classifications:

**IMPERIAL EXIMP**

Address : F-221,Rasheedabad,S.I.T.E.
City : Karachi
Phone # : (92 21) 2571892, 2562259
Fax : (92 21) 2562258
E-mail : click here for more details on emails

± Click Here For Business Classifications:

This page is created

U.S. Publishers (Pvt) Ltd.
18 C.P. & Berar Cooperative Housing Society, Karachi - 75350, Pakistan.
Phones: (92-21) 453 6321, 111-222-444 || Fax: (92-21) 4536330 || E-mail: info@jamals.com

TO LET
111-222-444

Your branding needs...

New Customers
New Location

New L



Book Your Copy | Book Your Ad | Adver
FAQs | Tell a Friend | Share Feedback |
Copyright © 2008 - 201 - Jamals ro