**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

July 11, 2008

*Via Facsimile (212) 805-6304*
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 4 2008
```

    Re:    **CNAN Group S.p.A. v. Hassan Ali Rice Export Co.**
           Docket No.:    08 CV 1201 (PAC)
           Our Ref. No.:   1385-08

**Dear Judge Crotty:**

    Our office represents the Defendant, Hassan Ali Rice Export Co. ("HAREC") in the above referenced action. Currently, HAREC is due to file its reply papers in support of its motion to vacate Plaintiff's maritime attachment on Tuesday, July 15 with a hearing on the motion before your Honor on Thursday July 17 at 2:45 p.m.

    We received yesterday CNAN's opposition papers and based on the volume of the papers and also the fact that the undersigned has and will continue to be heavily engaged in several other matters we sought consent from CNAN's counsel to an extension of HAREC's deadline to file a reply and also to push back the hearing date. CNAN's counsel has agreed to HAREC's request and we therefore respectfully request that your Honor permit the following revisions to the current schedule:

**MEMO ENDORSED**

- HAREC reply papers deadline extended from *July 15 until July 18.*

    A hearing on HAREC's motion be adjourned from its current *July 17 at 2:45 p.m.* until any of the following date(s) and time(s) at which counsel are both available:

*July 23 or 24 (Wednesday / Thursday) at any time convenient to the Court.*
*July 25 (Friday) at any time after 1:30 p.m.*

    We appreciate your Honor's indulgence of this request. We are available to discuss our request at any time convenient to the Court.

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy

Respectfully submitted,

*[signature]*

Kevin J. Lennon

KJL/bhs

cc:  <u>Via Facsimile 212-221-1432</u>
  Burke & Parsons
  *Attorneys for Plaintiff*
  *CNAN Group S.P.A.*
  100 Park Avenue
  New York, NY 10017-5533
  Attn: Keith W. Heard, Esq.
    Michael J. Walsh, Esq.

Application GRANTED. The hearing is adjourned to Thursday 7/24/08 at 4:00 pm in Courtroom 11-C

SO ORDERED: JUL 14 2008

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy